IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 3:10-po-324-1 (RLB) |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary M. Jones | ) | |

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS

The Clerk is hereby directed to distribute all funds paid into the court by Mr. Jones to be distributed to the following victim/entity:

> Morale, Welfare, & Recreation
> Attn: FMD
> 3392 Magruder
> Ft. Jackson, SC 29207

IT IS SO ORDERED.

ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
March 21, 2011

FILED
MAR 21 2011
LARRY W. PROPES
Columbia, SC CLERK